2344970v1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TREMAINE EPPS, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 2:16-cv-00135-MPK |
| | ) | |
| v. | ) | |
| | ) | |
| ORLANDO HARPER, COUNTY OF ALLEGHENY COUNTY, CORIZON HEALTH, INC., MICHAEL BARFIELD, AND ADDITIONAL UNKNOWN DEFENDANTS, INCLUDING AN UNIDENTIFIED CORRECTIONS OFFICER AND UNIDENTIFIED HEALTH CARE PROVIDERS, | ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT
FOR FAILURE TO STATE A CLAIM, OR IN THE ALTERNATIVE, MOTION FOR
SUMMARY JUDGMENT**

Corizon Health, Inc. and Michael Barfield submit the within Motion to Dismiss or in the Alternative Motion for Summary Judgment:

1. As set forth more fully in the Brief in Support of Motion to Dismiss, these defendants seek dismissal of plaintiff's Amended Complaint pursuant to Rules 12(b)(6) and/or 56 of the Federal Rules of Civil Procedure.

WHEREFORE, these defendants respectfully request this Honorable Court grant the within Motion and enter the proposed Order of Court.

Respectfully submitted,

MEYER UNKOVIC & SCOTT, LLP

*/s/ Kathryn M. Kenyon*
Kathryn M. Kenyon, Esquire
PA ID. # 82262
535 Smithfield Street, Suite 1300
Pittsburgh, PA 15222
(412) 456-2840
kmk@muslaw.com

*Counsel for Defendant, Corizon Health, Inc. and Michael Barfield*

2344970v1

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2016, a true and correct copy of the foregoing **MOTION** was filed electronically. Parties may access this filing through the Court's ECF/PACER system.

MEYER UNKOVIC & SCOTT LLP

*/s/ Kathryn M. Kenyon*
Kathryn M. Kenyon, Esquire